**Louis Baltisberger, Appellee, v. Frederick Weishaar and Joseph Weishaar, Executors of Estate of Joseph Weishaar, Deceased, Appellants.**

Gen. No. 9,330.

Heard in this court at February term, 1942; opinion filed May 20, 1942; rehearing denied October 6, 1942. J. P. Streuber, for appellants; Paul R. Durr, for appellee; Jack McDonald, of counsel. Opinion by PRESIDING JUSTICE HAYES. "Not to be published in full."